

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00697-CV

Lois S. **CANTU**,
Appellant

v.

Chad **HANCHEY** and Alyka Hanchey,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCN-16-0000163
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After we granted Appellees' first motion for extension of time to file the brief, Appellees' brief was due on January 16, 2019. *See* TEX. R. APP. P. 38.6(b), (d). On the extended due date, Appellees filed an unopposed second motion for a thirty-day extension of time to file the brief until February 15, 2019. *See id.* R. 10.5(b).

Appellees' motion is GRANTED. Appellees' brief is due on February 15, 2019. Any further motion for extension of time to file Appellees' brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court